CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Rev Earnest Lee Hobley
413 Longfellow Street NW
Washington DC 20011

Plaintiff

vs.

FC US Properties, Inc
Greg Dedrick, President (served)
442 Gardnier Lane
Louisville, Kentucky 40213

Defendant

Civil Action No. 05-0006472

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Clerk of the Court

Rev Earnest Lee Hobley
Name of Plaintiff's Attorney

413 Longfellow Street NW
Address
Washington DC 20011

301-237-3564
Telephone

By _____ Deputy Clerk

Date 8/15/05

05-1707

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

FILED
AUG 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

## SUPERIOR COURT
## FOR THE DISTRICT OF COLUMBIA

Rev. Earnest Lee Hobley,
413 Longfellow Street, N. W.
Washington, D.C. 20011

05-0006472

    Plaintiff

Vs.

KFC U. S. Properties, Inc.
Greg Dedrick, President (Served)
1441 Gardnier Lane
Louisville, Kentucky 40213

RECEIVED
Civil Clerk's Office
AUG 1 5 2005
Superior Court of the
District of Columbia
Washington, D.C.

Civil Action No.

    Defendant

### COMPLAINT

1.  Plaintiff brings this action under the Civil Rights Act Against a frame-up governed under the ("Other Civil Rights") (non-employment) listed in the "L" section (440 Other Civil Rights) as listed on the JS-44 Civil Cover Sheet, rev. 2/01 D.C.

2.  Jurisdiction of this Court is provided pursuant to D.C. Code Sec. 2-1403.16 and 11-921 (1981) since the defendant does business in D.C., plaintiff worked in this jurisdiction and the acts complained of took place in this jurisdiction.

3.  Venue is appropriate since defendant does business in D.C., plaintiff worked in this jurisdiction and the acts complained of took place in this jurisdiction.

### PARTIES

4.  Plaintiff, Rev. Earnest Lee Hobley is a 48-year-old African-American male who resides in Washington, D.C.

5.  Defendant, Kentucky Fried Chicken U. S. Properties, Inc. is a for-profit company that operates a chain of fast food restaurants in the metropolitan Washington, D.C. area.

## FACTS

6. On February 28, 2003, Mr. Olu Adepegba reported to the D.C. metropolitan police that on February 7, 2003 Rev. Earnest Lee Hobley stole $1,589.12 from KFC.

7. On March 15, 2003, Mr. Olu Adepegba told a D.C. police investigator that Rev. Earnest Hobley left work at 5:00 p.m. with the cash bank deposit for the day and never returned to work after February 7, 2003.

8. Mr. Olu Adepegba provided the D.C. police with false evidence.

9. Mr. Adepegba provided the police with a testimony affidavit based upon deceit.

10. On Friday, June 13, 2003, Rev. Earnest Hobley was arrested and charged with a crime of first degree theft that he did not commit, based upon false evidence provided by KFC general manager, Mr. Adepegba.

11. On February 6, 2003 D.C. Superior Court found Rev. Earnest Hobley *innocent* of the charge of first-degree theft.

## NATURE OF CLAIM

12. The nature of claim is based on a frame-up, governed under the "other Civil Rights" (non-employment) listed in the "L" section (440 Other Civil Rights) as listed on the JS-44 Civil Cover Sheet, rev, rev. 2/01 D.C.

## REMEDY REQUESTED

WHEREFORE, Plaintiff requests this Court to grant him the following relief:

1. Direct that defendant compensate the plaintiff for pain and suffering damages that he suffered because of their Frame-up; and

2. Direct that defendant compensate the plaintiff for punitive damages for their frame-up; and

3. Direct that defendant compensate Plaintiff's attorney for reasonable attorneys fees and reimburse Plaintiff for costs that he incurred in being forced to bring this action for frame-up; and

4. Grant such additional relief as the Court deems just and proper; and wherefore, the premises considered, the Plaintiff demands judgment against the Defendant in the amount of $500,000,000,000.

## JURY DEMANDS

Plaintiff demands a trial by jury.

Respectfully Submitted,

*Pro se* Rev. Earnest Lee Hobley
413 Longfellow Street, N.W.
Washington, D.C. 20011
(301) 464-9751



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Rev EARNEST LEE HOBLEY
Vs.
KFC U.S. PROPERTIES, INC.

C.A. No.    2005 CA 006472 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

August 15, 2005                              Chief Judge Rufus G. King, III

Case Assigned to: Judge FREDERICK H. WEISBERG

Initial Conference: 9:30 am, Friday, December 02, 2005
Location: Courtroom 318
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

Caio.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY,

       Plaintiff,                            U.S. District Court No.

vs.

KFC PROPERTIES, INC.,

       Defendant.
_____/

### CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2005, I did serve a copy of **Civil Cover Sheet, Notice of Designation of Related Civil Cases Pending, Disclosure of Corporate Affiliations and Financial Interests, Notice of Removal** and this **Certificate of Service** upon:

    Rev. Earnest Lee Hobley
    413 Longfellow Street, N.W.
    Washington, D.C. 20011

by placing said documents in an envelope with first-class postage thereon being fully prepaid and depositing same in a U.S. mail receptacle located in Birmingham, Michigan.

I also served a copy of the **Notice of Removal** and this **Certificate of Service** upon:

    Clerk of the Court
    Superior Court of the District of Columbia
    Civil Division
    500 Indiana Avenue, N.W., Room JM-170
    Washington, DC 20001

via Federal Express.

                                                     Raylene M. Chesney

L:\0001\044\PRF