FILED
AUG 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY,

    Plaintiff,

vs.

KFC U.S. PROPERTIES, INC.,

    Defendant.

CASE NUMBER 1:05CV01707

JUDGE: Rosemary M. Collyer

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 08/26/2005

### DEFENDANT KFC'S MOTION TO ENFORCE ARBITRATION AGREEMENT AND DISMISS COMPLAINT, AND TO SANCTION PLAINTIFF FOR VEXATIOUS LITIGATION

NOW COMES Defendant, KFC U.S. Properties, Inc. (hereafter "KFC"), by its attorneys, Kienbaum Opperwall Hardy & Pelton, P.L.C. and Venable, LLP, and moves to enforce the parties' binding arbitration agreement and dismiss Plaintiff's Complaint. KFC also seeks the entry of monetary and injunctive sanctions against Plaintiff for frivolous and vexatious litigation. In support of its Motion, KFC states:

1.    Plaintiff is a former employee of KFC who has now filed 12 actions, each alleging a single common law tort claim, arising from his difficulty in obtaining his final KFC paycheck and from his post-resignation arrest, prosecution and acquittal for an alleged theft of KFC's company funds. The captioned case is the twelfth such case.

2.    The previously filed actions are as follows:

4

| Superior Court Case No. | Nature of Claim | Date Removed | U.S. District Court Case No. | U.S. Court of Appeals Case No. |
|---|---|---|---|---|
| 04-0665 | Fraud | 2/26/04 | 1:04-cv-314 | |
| 04-1438 | False Accusation | 3/24/04 | 1:04-cv-492 | 04-7202 |
| 05-1291 | Malicious Prosecution | 3/14/05 | 1:05-cv-523 | |
| 05-1398 | Defamation of Character | 3/14/05 | 1:05-cv-522 | |
| 05-1438 | False Arrest | 3/14/05 | 1:05-cv-521 | |
| 05-1833 | "Identity Theft" (signing Hobley's payroll checks) | 3/22/05 | 1:05-cv-608 | |
| 05-3374 | Forgery | 5/18/05 | 1:05-cv-1003 | |
| 05-5149 | Libel and Slander | 8/1/05 | 1:05-cv-1552 | |
| 05-5152 | Irreparable Damages to Impeccable Reputation | 8/1/05 | 1:05-cv-1551 | |
| 05-5300 | Fraud/Cover-Up | 8/4/05 | 1:05-cv-1574 | |

An eleventh case was filed in D.C. Superior Court on August 3 alleging "deceit, libel, and slander." It is being removed on August 26, 2005 and KFC is filing a separate motion.

3. Plaintiff agreed with KFC, in writing, that he would use binding arbitration for any claims that arose between him and KFC concerning his compensation, employment or termination of employment. (See Tab A.)

4. Under both federal and District of Columbia law, such pre-dispute arbitration agreements are enforceable, and this action should be dismissed. The very same arbitration language was enforced by this Court in the initial two actions filed by

2

Plaintiff – and dismissed by this Court – in 2004. <u>Hobley v. Kentucky Fried Chicken, Inc.</u>, Nos. 1:04-cv-0314 and -0492. See also, <u>Nur v. KFC</u>, 142 F. Supp. 2d 48 (D.D.C. 2001). Plaintiff's 2004 actions arose from the same nucleus of operative facts as the current actions. Motions to dismiss the previously filed 2005 actions have been held in abeyance pending the outcome of the appeal in the 2004 actions.

5. Plaintiff is engaging in vexatious and frivolous litigation by filing a series of virtually identical complaints when he knows this Court has ruled his disputes with KFC belong in arbitration, and his appeal from those rulings is pending. KFC therefore asks the Court to order Plaintiff to pay KFC's actual costs (including attorney fees) of responding to this complaint and preparing this motion, and to enjoin Plaintiff from filing further complaints against KFC without the prior permission of this Court.

6. Plaintiff's conduct makes clear that he would not grant concurrence in the relief sought herein, necessitating the bringing of this Motion.

WHEREFORE, for these reasons, and those developed in more detail in the Statement of Points and Authorities previously submitted to this Court, KFC respectfully requests that this Court: (1) consolidate this action with the previously filed actions; (2) enforce the arbitration agreement and dismiss Plaintiff's claims for lack of jurisdiction; (3) order Plaintiff to pay KFC's actual costs (including attorney fees) of responding to this complaint and preparing this motion; and (4) enjoin Plaintiff from filing further complaints against KFC without the prior permission of this Court.

3

Respectfully submitted,

KIENBAUM OPPERWALL HARDY
& PELTON, P.L.C.

By: /s/ Eric J. Pelton
Eric J. Pelton
Bar No. MI0007
280 North Old Woodward Avenue, Suite 400
Birmingham, MI 48009
(248) 645-0000
(248) 645-1385 (facsimile)

VENABLE, LLP
By:   David Warner
Bar No. 463079
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-8155
(202) 344-8300 (facsimile)

Attorneys for Defendant

Dated: August 25, 2005

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY,

    Plaintiff,

vs.

KFC U.S. PROPERTIES, INC.,

    Defendant.
_____/

Case No. _____

Hon. Rosemary M. Collyer

### DEFENDANT KFC'S STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO ENFORCE ARBITRATION AGREEMENT AND DISMISS COMPLAINT, AND TO SANCTION PLAINTIFF FOR VEXATIOUS LITIGATION

In support of its motion, Defendant relies upon the motions and briefs filed in the previous actions brought by Plaintiff against Defendant and the Order of this Court in Civil Action Nos. 1:04-cv-0325 and -0492.

Respectfully submitted,

KIENBAUM OPPERWALL HARDY
   & PELTON, P.L.C.

By: _____
Eric J. Pelton
Bar No. MI0007
280 North Old Woodward Avenue, Suite 400
Birmingham, MI 48009
(248) 645-0000
(248) 645-1385 (facsimile)

VENABLE, LLP
By:   David Warner
Bar No. 463079
575 7th Street, NW
Washington, DC 20004-1601
(202) 344-8155
(202) 344-8300 (facsimile)

Dated: August 25, 2005        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2005, I mailed first-class, postage prepaid, a copy of the foregoing **Defendant KFC's Motion To Enforce Arbitration Agreement And Dismiss Complaint, And To Sanction Plaintiff For Vexatious Litigation** and **Defendant KFC's Statement Of Points And Authorities In Support Of Motion To Enforce Arbitration Agreement And Dismiss Complaint, And To Sanction Plaintiff For Vexatious Litigation** to Rev. Earnest Lee Hobley, 413 Longfellow Street, N.W., Washington D.C. 20011.

_____
Eric J. Pelton

L:\0001\044\MTN

2