UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY

      Plaintiff                                     Civil Action No. 1:05-cv-1707

Vs.

KFC U. S. Properties, Inc.                       Hon. Rosemary M. Collyer

      Defendant

## THE PLAINTIFF'S MOTION TO REQUEST THE COURT TO DENY KFC'S REQUEST TO ENFORCE AN ARBITRATION AGREEMENT FOR FRAME-UP

COMES NOW Rev. Earnest Lee Hobley, Plaintiff pro se in the above captioned matter and in support of this motion states as follows:

### INTRODUCTION

The general and specific intent in this matter is clear and apparent, criminal in nature i.e. frame-up and cannot be construed in any reasonable or equitable manner as having any legal nexus to Plaintiff Rev. Hobley's employment with the company. Without such legal nexus there is no valid basis for KFC's vexatious and frivolous demand for employee arbitration for a non-employee.

### STATEMENT OF FACTUAL BACKGROUND

1. On February 8, 2003, Kentucky Fried Chicken Employee, Mr. Olu Adepegba, restaurant general manager lied to the Washington, D.C. metropolitan police that on February 7, 2003, Rev. Earnest Lee Hobley stole $1,589.12 from the restaurant where he worked as an assistant manager.

2. On March 15, 2003, Mr. Olu Adepegba lied to first district police investigator James LaFranchis concerning evidence and witnesses.

3. On Friday, June 13, 2003, Rev. Earnest Lee Hobley was arrested and charged with first-degree theft.

RECEIVED
NOV 2 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ARGUMENT

On February 7, 2004 in the case of America vs. Hobley it was proven that KFC's only accuser, Mr. Olu Adepegba lied to the Court that on February 7, 2003 Rev. Hobley stole $1,589.12 and never returned to work afterwards. It was also proven that the evidence turned in to police authorities in support of his claim of theft was insufficient to prove Rev. Hobley's guilt. Moreover, it was also proven that there were no eyewitnesses to validate Mr. Adepegba's alleged claims of theft.

## SUMMARY

On February 6, 2004, the D. C. Superior Court found Rev. Earnest L. Hobley **not guilty** of theft, as alleged by one of his former employer's general manager, Mr. Olu Adepegba. on February 28, 2003. The D.C. Superior Court concluded on February 6, 2004 that the false accusation made by KFC general manager Mr. Olu Adepegba was not based on any event that had its genesis in something he did while he was a KFC employee. Moreover, the Court concluded that KFC's only accuser, Mr. Olu Adepegba could have been guilty of stealing the money himself.

## CONCLUSION

The Court has traditionally held that torts committed after employment cases may be arbitrated *only* **if the claim involves significant aspects of the employment relationship and that a primary issue in resolving the claims was the truth of the employer's statement. KFC's statements in this matter have undeniably proven to be demonstrably false.**

WHEREFORE, the premises considered, Plaintiff respectfully requests that:

1. Defendant's Motion To Enforce Arbitration Agreement and Dismiss Complaint, And To Sanction Plaintiff For Vexatious Litigation be dismissed with prejudice; and,

2. Plaintiff, Rev. Earnest Hobley respectfully requests this Court to dismiss KFC's arbitration agreement claim and Grant the Plaintiff, Rev. Earnest Hobley the right to exercise his Constitutional rights for equitable relief in a Court of competent jurisdiction.

1. For such other and further relief as to this Honorable Court seems just and proper.

Respectfully submitted,

*Pro se* Rev. Earnest Lee Hobley
413 Longfellow Street, N.W.
Washington, D.C. 20011
(301) 237-3564

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **THE PLAINTIFF'S MOTION TO REQUEST THE COURT TO DENY KFC'S REQUEST TO ENFORCE AN ARBITRATION AGREEMENT FOR FRAME-UP** was mailed on November 21, 2005 to the following:

Attorney Eric J. Pelton
280 North Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009-5394

Rev. Earnest Lee Hobley